JAMES S. HERRMAN, Respondent, *v.* FRANCIS L. LELAND, Appellant.

Reported below, 163 App. Div. 515.
(Argued November 9, 1914; decided November 17, 1914.)

MOTION to dismiss an appeal from a judgment entered July 30, 1914, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and directing judgment for plaintiff in an action to recover for alleged services.

The motion was made upon the ground that no question of law was involved; that the Appellate Division had unanimously decided that there was evidence tending to support the verdict and the exceptions were frivolous.

*Richard T. Greene* for motion.

*L. Laflin Kellogg* opposed.

Motion denied, with ten dollars costs.

———————

BENNY REISER, Appellant, *v.* EDISON ELECTRIC ILLUMINATING COMPANY OF BROOKLYN, Respondent.

*Reiser* v. *Edison El. Ill. Co. of Brooklyn,* 161 App. Div. 941, appeal dismissed.
(Submitted November 9, 1914; decided November 17, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department entered February 24, 1914, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the answer.

The motion was made upon the ground that the judgment is not appealable to the Court of Appeals as of right.

*Samuel F. Moran* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.